FILED

11/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0381

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0381

_____

DAWN M. AUGUSTINE,

      Petitioner and Appellee,

    v.

JEWELS JEMS, INC., a Montana Corporation
d/b/a/ THE CATTLEMEN'S CUT SUPPER
CLUB,

      Respondent and Appellant.

_____

O R D E R

On October 6, 2020, the mediator for this appeal filed a report stating that the case has settled.  Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 9 2020